# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOVONTE DAY

NO. 2019 KW 1176

OCT 28 2019

---

In Re:     Jovonte Day, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1000460.

---

BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

WRIT APPLICATION DISMISSED at the request of relator.

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT